IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

GREGORY GAMACHE,                       11-CV-296-ST

           Plaintiff,                  ORDER

v.

UNITED STATES OF AMERICA,

           Defendant.

**GREGORY GAMACHE**
1816 Fairgrounds Road
St. Charles, MO 63303

           Plaintiff, *Pro Se*

**BROWN, Judge.**

1 - ORDER

Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#4) on March 24, 2011, in which she recommends this Court grant Plaintiff Gregory Gamache's Application (#1) for Leave to Proceed *In Forma Pauperis* and dismiss Plaintiff's Complaint with prejudice.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).  See also United *States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#4).  Accordingly, the Court **GRANTS** Plaintiff's Application (#1) for Leave to Proceed *In Forma Pauperis* and

2 - ORDER

**DISMISSES** this matter **with prejudice.**

 IT IS SO ORDERED.

 DATED this 4th day of May, 2011.

            /s/ Anna J. Brown

            _____
            ANNA J. BROWN
            United States District Judge

3 - ORDER