IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **GREGORY GAMACHE,** | 11-CV-295-ST |
| Plaintiff, | **JUDGMENT** |
| **v.** | |
| **STATE OF OREGON** | |
| Defendant. | |

    Based on the Court's Order (#6) issued May 4, 2011, the Court **DISMISSES** this matter **with prejudice.**

    IT IS SO ORDERED.

    DATED this 4th day of May, 2011.

    /s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT